# Taylor *v.* The State.

APPEAL from tl e Tuscaloosa County Court.
Tried before the Hon. J. J. MAYFIELD.

No counsel marked as appearing for appellant.

CHARLES G. BROWN, Attorney General, for the State,

43

The appellant was indicted, tried and convicted for engaging in or carrying on the business of selling spiritous, vinous or malt liquors without a license, and contrary to law.

The judgment of conviction is affirmed.

Opinion PER CURIAM.